

Dated:  10:42 AM February 02 2010

# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO: **10-50130** |
| **ROBERT J and LINDA J PALUSCSAK** | |
| Debtor(s) | MARILYN SHEA-STONUM |
| | BANKRUPTCY JUDGE |
| | |
| | ORDER FOR EMPLOYER DEDUCTIONS |
| | UPON **ROBERT J PALUSCSAK** |
| | Last 4 digits of SSN:###-##-**2299** |

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

The Debtor has filed a petition under Chapter 13 of the Bankruptcy Code and has submitted all future income to the jurisdiction of this Court in accordance with the statute:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from whom the Debtor receives income:

**ZORESCO EQUIPMENT**
**8500 CLINTON RD**
**CLEVELAND, OH 44144-**
**ATTN: PAYROLL**

shall deduct from said income the sum of **$829.00 PER MONTH**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and

shall remit the deductible sum to:

**OFFICE OF THE CHAPTER 13 TRUSTEE**
**KEITH L. RUCINSKI, TRUSTEE**
**P.O. BOX #73984-N**
**CLEVELAND, OH 44193-1194**

**\*\*AND IDENTIFY WITH REMITTANCE THE NAME AND CASE NUMBER WHICH IS IN THE UPPER RIGHT CORNER TO ALLOW PROPER POSTING\*\***

IT IS FURTHER ORDERED that, unless otherwise specifically authorized by this Court to do so, the EMPLOYER SHALL CEASE all future deductions for garnishment or for the repayment of credit union loans. Deductions for child support, alimony, and the repayment of retirement loans may continue.

**IT IS FURTHER ORDERED that pursuant to 11 USC Section 503(a), any payroll fee/administrative cost shall not be taken without prior application to and approval by the Court**

IT IS FURTHER ORDERED that the employer shall notify the Trustee if the Debtor's income is terminated and the reason thereof. Written correspondence must be faxed to the Trustee at:
**330-762-7072**

IT IS FURTHER ORDERED that this order supersedes any previous orders made to the employer in this case.

###

Submitted by:

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
Email: krucinski@ch13akron.com

**If you have any questions regarding this information please contact:**
**JoAnn Romig**
**Office of the Chapter 13 Trustee**
**330-762-6335 ext. 226**
**jromig@ch13akron.com**

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

cc: ROBERT J PALUSCSAK  LINDA J PALUSCSAK
8299 SPRINGVIEW RD.  8299 SPRINGVIEW RD.
NORTHFIELD, OH 44067  NORTHFIELD, OH 44067
(Via Regular Mail)  (Via Regular Mail)

**WILLIAM J BALENA**(via ECF)

Keith Rucinski, Chapter 13 Trustee (via ECF)

**ZORESCO EQUIPMENT**
**8500 CLINTON RD**
**CLEVELAND, OH 44144-**
(via Regular Mail)

Office of the US Trustee(via ECF)

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com