**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re | ) | CHAPTER 13 |
| | ) | BANKRUPTCY NO. 10-50130-mss |
| | ) | |
| Robert J. Paluscsak and | ) | |
| Linda J. Paluscsak, | ) | Judge: Marilyn Shea-Stonum |
| | ) | |
| Debtors. | ) | **NOTICE OF MOTION TO TERMINATE** |
| | ) | **AUTOMATIC STAY** |

     Christiana Bank & Trust Company, as Owner Trustee of the Security National Funding Trust, a creditor herein, by and through counsel, has filed papers with the Court to obtain an Order granting relief from stay on your real property described as 8299 Springview Road, Northfield, Ohio. The preliminary hearing on this matter, if any is required, is set for March 31, 2011 at 3:00 p.m. at the United States Bankruptcy Court, 455 U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308.

     <u>**Your rights may be affected**</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

     If you do not want the Court to grant the relief from stay or if you want the Court to consider your views on the motion, then on or before March 24, 2011, you or your attorney must:

     File with the Court a written response to the Motion, explaining your position, within twenty-one (21) days from the date the Motion gets filed at:

CLERK OF THE COURTS
U.S. BANKRUPTCY COURT
455 U.S. COURTHOUSE
2 SOUTH MAIN STREET
AKRON, OHIO 44308

     If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

     You must also mail a copy to:

Elizabeth Alphin
MAPOTHER & MAPOTHER
815 West Market Street
Suite 500
Louisville, KY 40202

If you or your attorney do not file a response, the hearing will not go forward, and the

Court may decide that you do not oppose the Motion for Relief from Stay, and may enter an Order granting that relief.

BY: <u>Elizabeth B. Alphin</u>
Elizabeth B. Alphin, ESQ., #0076068
Mapother & Mapother, PSC
815 West Market Street, Suite 500
Louisville, Kentucky 40202
(502) 587-5400 telephone
(502) 992-1210 facsimile
loubknotices@mapother-atty.com
Attorney for Movant

### CERTIFICATE

I, Elizabeth Alphin, hereby certify that the foregoing notice was sent by regular U.S. Mail, postage prepaid, on ___2-21-2011_____ to the following:

Robert J. Paluscsak
8299 Springview Road
Northfield, OH 44067

Linda J. Paluscsak
8299 Springview Road
Northfield, OH 44067

Green Tree Servicing L
500 Landmark Tower
St. Paul, MN 55102

I, Elizabeth Alphin, hereby certify that the foregoing notice was electronically transmitted on or about ___2-21-2011_____ via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

Elizabeth Alphin loubknotices@mapother-atty.com
William J Balena    bbalena@me.com
Anthony J. Cespedes    ajc1253@yahoo.com
Craig W Relman    crelman@aol.com
Keith Rucinski    efilings@ch13akron.com
United States Trustee    (Registered address)@usdoj.gov

/s/ Elizabeth B. Alphin
Elizabeth b. Alphin #0076068